**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERROL BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>ERIC HOLDER, et al.,<br><br>    Respondents. | CIVIL ACTION NO. 3:13-CV-2920<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE BLEWITT) |

## ORDER

**NOW**, this 15th day of January, 2014, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation of Magistrate Judge Blewitt (Doc. 7) is **ADOPTED**.

(2) Petitioner Brown's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**.

(3) Petitioner Brown's Motion Request of Restraining Order for a Stay of Removal (Doc. 2) is **DENIED**.

(4) Petitioner Brown's Motion Requesting the Federal Petition Be Stayed and Held in Abeyance (Doc. 6) is **DENIED**.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                                  /s/ A. Richard Caputo
                                                                  A. Richard Caputo
                                                                  United States District Judge